IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALAK GHANNAM, | § § | |
| Plaintiff, | § § | Civil Action No. 2:18-cv-08786-PA-JPR |
| v. | § § | |
| IENERGIZER, INC., et al | § § | |
| Defendant. | § § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant iEnergizer, Inc. have reached a settlement in the above-captioned case. The parties anticipate filing a stipulation of dismissal of this action with respect to iEnergizer with prejudice pursuant to Fed. R. Civ. P. 41 (a) within forty-five sixty (45) days. Plaintiff's claim against Defendant First Contact, LLC has <u>not</u> been settled at this time.

RESPECTFULLY SUBMITTED,

DATED: March 13, 2019

By: <u>/s/ Amy L. Bennecoff Ginsburg</u>
    Amy L. Bennecoff Ginsburg, Esq.
    Kimmel & Silverman, P.C.
    30 E. Butler Avenue
    Ambler, PA 19002
    Tel: 215-540-8888
    Fax: 215-540-8817
    aginsburg@creditlaw.com

    Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Justin M Penn, Esq.
Hinshaw and Culbertson LLP
11601 Wilshire Boulevard Suite 800
Los Angeles, CA 90025
P: 310-909-8036
Fax: 310-909-8001
Email: jpenn@hinshawlaw.com
Attorneys for Defendant iEnergizer, Inc.

Paul A Grammatico
Katten Muchin Rosenman LLP
515 South Flower Street Suite 1000
Los Angeles, CA 90071-2212
P: (213) 443-9017
paul.grammatico@kattenlaw.com
Attorney for Defendant First Contact, LLC

Dated: March 13, 2019         By: /s/ Amy L. Bennecoff Ginsburg
                              Amy L. Bennecoff Ginsburg, Esq.
                              Kimmel & Silverman, P.C.
                              30 E. Butler Avenue
                              Ambler, PA 19002
                              Tel: 215-540-8888
                              Fax: 215-540-8817
                              aginsburg@creditlaw.com