1 | Justin M. Penn (SBN 302350)
2 | jpenn@hinshawlaw.com
  | HINSHAW & CULBERTSON LLP
3 | 151 N. Franklin Street, Suite 2500
  | Chicago, IL 60601
4 | Telephone: 312-704-3000
  | Facsimile:  312-704-3001
5 |
6 | Attorneys for Defendant iEnergizer, Inc.
7 |

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| Malak Ghannam, | Case No. 2:18-cv-08786-PA-JPR |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| First Contact, LLC d/b/a iQor and iEnergizer, Inc., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Plaintiff Malak Ghannam's claims against Defendant iEnergizer, Inc. shall be dismissed with prejudice in their entirety.  Each party shall bear its own attorneys' fees and costs incurred in this action as they relate to Plaintiff's claims against Defendant iEnergizer, Inc.

A proposed Order of Dismissal is attached hereto as Exhibit A.

1
STIPULATION OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| DATED: March 21, 2019 | | HINSHAW & CULBERTSON LLP |
| | By: | */s/ Justin M. Penn* |
| | | Justin M. Penn |
| | | Attorneys for Defendant iEnergizer, Inc. |
| DATED: March 21, 2019 | | KIMMEL & SILVERMAN, P.C. |
| | By: | */s/ Amy L. Bennecoff Ginsburg* |
| | | Amy L. Bennecoff Ginsburg |
| | | Attorneys for Plaintiff Malak Ghannam |
| DATED: March 21, 2019 | | KATTEN MUCHIN ROSENMAN LLP |
| | By: | */s/ Paul A. Grammatico* |
| | | Paul A. Grammatico |
| | | Attorneys for Defendant First Contact LLC |

2
STIPULATION OF DISMISSAL WITH PREJUDICE

303399395v1 1016425

# **CERTIFICATE OF SERVICE**

***Ghannam Malak v. First Contact, LLC d/b/a iQor and iEnergizer, Inc.***
**Case No. 2:18-cv-08786-PA-JPR**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025 and 151 N. Franklin Street, Suite 2500, Chicago, IL 60606.

On **March 21, 2019,** I served the document(s) entitled **STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as stated below:

| Amy Lynn Bennecoff Ginsburg<br>Kimmel and Silverman PC<br>1055 West 7th Street, 33rd Floor<br>Los Angeles, CA 90017<br>teamkimmel@creditlaw.com | Paul A. Grammatico<br>Gregory S. Korman<br>Stuart Muchin Rosenman LLP<br>515 South Flower Street, Suite 1000<br>Los Angeles, CA 90071<br>Paul.grammatico@kattenlaw.com<br>Gregory.korman@kattenlaw.com<br>Stuart.richter@kattenaw.com |
|---|---|

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **March 21, 2019**, at Chicago, IL.

*/s/ Justin M. Penn*

STIPULATION OF DISMISSAL WITH PREJUDICE

303399395v1 1016425