# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAK GHANNAM, § | |
| § | |
| Plaintiff, § | Civil Action No. 2:18-cv-08786-PA-JPR |
| § | |
| v. § | |
| § | |
| FIRST CONTACT, LLC D/B/A IQOR, § | |
| et al § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the Plaintiff and Defendant First Contact, LLC. have reached settlement in the above-captioned case. The parties anticipate filing a stipulation of dismissal of this action with respect to First Contact, LLC with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: July 12, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system

Paul A Grammatico
Katten Muchin Rosenman LLP
515 South Flower Street Suite 1000
Los Angeles, CA 90071-2212
P: (213) 443-9017
paul.grammatico@kattenlaw.com
Attorney for Defendant First Contact, LLC

Dated: July 12, 2019         By: /s/ Amy L. Bennecoff Ginsburg
                                     Amy L. Bennecoff Ginsburg, Esq.
                                     Kimmel & Silverman, P.C.
                                     30 E. Butler Avenue
                                     Ambler, PA 19002
                                     Tel: 215-540-8888
                                     Fax: 215-540-8817
                                     aginsburg@creditlaw.com