Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALAK GHANNAM, | § § | |
| Plaintiff, | § § | Civil Action No. 2:18-cv-08786-PA-JPR |
| v. | § § | |
| FIRST CONTACT, LLC D/B/A IQOR, | § § § | |
| Defendant. | § § § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Plaintiff Malak Ghannam's claims against Defendant First Contact, LLC d/b/a Iqor shall be dismissed with prejudice in their entirety. Each party shall bear its own attorneys' fees and costs incurred in this action as they relate to Plaintiff's claims against Defendant First Contact, LLC d/b/a Iqor.

/s/ Paul A. Grammatico                    /S/ Amy L. Bennecoff Ginsburg

| | |
|---|---|
| Paul A. Grammatico, Esq.<br>Katten Muchin Rosenman LLP<br>515 South Flower Street<br>Suite 1000<br>Los Angeles, CA 90017<br>Phone: 213-443-9017<br>Email:  paul.grammatico@kattenlaw.com<br>Attorney for the Defendant | Amy L. Bennecoff Ginsburg Esq.<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Fax: (215) 540-8817<br>Email: aginsburg@creditlaw.com<br>Attorney for the Plaintiff |
| Date: <u>July 25, 2019</u> | Date: <u>July 25, 2019</u> |

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Paul A. Grammatico, Esq.
Katten Muchin Rosenman LLP
515 South Flower Street
Suite 1000
Los Angeles, CA 90017
Phone: 213-443-9017
Email:  paul.grammatico@kattenlaw.com
Attorney for the Defendant

| | |
|---|---|
| DATED:  July 25, 2019 | /s/ Amy L. Bennecoff Ginsburg<br>Amy L. Bennecoff Ginsburg Esq.<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Tel: 215-540-8888<br>Fax: 215-540-8817<br>Email: teamkimmel@creditlaw.com<br>Attorney for Plaintiff |